**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00058-CV

## THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS-BRACKINS VILLAGE, Appellant

## V.

## WANETTE SIMS RUDD AND ALL OTHER OCCUPANTS, Appellees

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-18-06231-C

### ORDER

This appeal involves an action for eviction to recover possession of residential property. On April 6, 2020, the Supreme Court of Texas issued its Ninth Emergency Order Regarding the Covid-19 State of Disaster. The Supreme Court of Texas ordered, in relevant part, that "[i]n any action for eviction to recover possession of residential property under Chapter 24 of the Texas Property Code and Rule 510 of the Texas Rules of Civil Procedure: . . . No trial, hearing, or other

proceeding may be conducted, and all deadlines are tolled, until after April 30, 2020."

The Ninth Emergency Order further provides that it "is effective immediately and expires April 30, 2020, unless extended by the Chief Justice of the Supreme Court."

In light of the Ninth Emergency Order and on our own motion, this Court **ABATES** this appeal until April 30, 2020 unless the Chief Justice of the Texas Supreme Court extends the Order.  If the Chief Justice extends the Order, then this appeal shall remain abated until such time that the Order expires.

When the Ninth Order expires, this Court shall automatically reinstate the appeal.

/s/    LANA MYERS
PRESIDING JUSTICE